GEORGE W. VAN VRANKEN, Appellant, v. WALTER D'ARCY RYAN, Respondent.—

Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.